IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 1:96-MG-02115-SMS |
| v. | ) | |
| MANUEL C. AVILAS, | ) | |
| Defendant. | ) | |

**ORDER FOR REMISSION OF FINE**

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573. The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Manuel C. Avilas is hereby remitted.

IT IS SO ORDERED.

**Dated:** July 17, 2006              /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE